# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 12/8/2023 |
| Case: 1:23−bk−02771−HWV | Form ID: pdf009 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

smg     Securities and Exchange Commission     3 World Financial Center     New York, NY 10281

TOTAL: 1