IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
| PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |

**ORDER**

Upon consideration of Debtor's Motion for Emergency and Expedited Hearing Regarding (i) Debtor's Motion for Approval to Utilize Cash Collateral; (ii) Debtor's Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services and (iii) Debtor's Motion for Approval to Pay Pre-Petition Payroll, it is

**HEREBY ORDERED** that the hearing on the Motion for Approval to Use Cash Collateral, Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services and Motion for Approval to Pay Pre-Petition Payroll shall be held on _____, 2023 at _____ **a.m.** in the United States Bankruptcy Court, 4th Floor, Courtroom 8, 1501 North 6th Street, Harrisburg, Pennsylvania.