IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
| PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |

# CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on December 7, 2023, true and correct copy of the attached **DEBTOR'S MOTION FOR EMERGENCY AND EXPEDITED HEARING REGARDING: (i) DEBTOR'S MOTION FOR APPROVAL TO USE CASH COLLATERAL; (ii) DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDER PROVIDING FOR ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES; AND (iii) DEBTOR'S MOTION FOR APPROVAL TO PAY PRE-PETITION PAYROLL** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Office of U.S. Trustee
1501 North 6th Street
Box 302
Harrisburg, PA 17102

Assistant United States Attorney
1501 North 6th Street
Harrisburg, PA 17102

Bureau of Employer Tax Operations
Labor & Industry Building
651 Boas Street, Room 702
Harrisburg, PA 17106

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120

PA Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

PA Dept. of Drug & Alcohol Programs
Dept of General Services - Real Est
505 N Office Building
Harrisburg, PA 17125

Pennsylvania Department of State
Dept of General Services - Real Est
505 North Office Building
Harrisburg, PA 17125

Security & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

United States Attorney
The Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

US Small Business Administration
Attn Contracting Officer
20 North Eighth Street
Philadelphia, PA 19107

Shawn M. Long, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
(for Fulton Bank)

UPMC
PO Box 2353
Harrisburg, PA 17105-2353

  s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire