IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| PENN CENTER HARRISBURG, LP, | : | |
| | : | CASE NO. 1:23-bk-02771-HWV |
| Debtor. | : | |

**ORDER**

Upon consideration of the Motion for Expedited Hearing regarding Debtor's Motion for Use of Cash Collateral; Debtor's Motion for Approval to Pay Pre-Petition Payroll; and Debtor's Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services, Doc. 4, it is

**ORDERED** that an expedited hearing on the Motion for Use of Cash Collateral, Doc. 4-1, the Motion for Approval to Pay Pre-Petition Payroll, Doc. 4-3, and the Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services, Doc. 4-2, shall be held on **Tuesday, December 12, 2023 at 1:00 p.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. It is further

**ORDERED** that counsel for the Debtor shall electronically serve this Order along with the Motions upon the United States Trustee; the largest 20 creditors; and all parties claiming an interest in any Cash Collateral that may be used. Electronic service shall occur within 24 hours of the entry of this Order.[1] Proof of service, which indicates that all parties

---

[1] In the event that electronic service is impossible, counsel for the Debtor is permitted to execute service by any means recognized under the Federal Rules to effectuate notice.

1

claiming an interest in the Cash Collateral have received notice, must be filed with the Court in advance of the hearing.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 7, 2023