# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 12/7/2023
Case: 1:23−bk−02771−HWV     Form ID: pdf010     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert E Chernicoff     rec@cclawpc.com

TOTAL: 1