# EXHIBIT A

PENN CENTER PROJECTED BUDGET
for
12/1/2023 -1/1//204

## REVENUE

| Tenant | |
|---|---:|
| DOS | 155,522.01 |
| SBA | 1,564.60 |
| DDAP | 35,296.32 |
| | 192,382.93 |

## EXPENDITURES

| Item | |
|---|---:|
| Bookkeeper | 1,500.00 |
| Capital Region Water | 4000.00 |
| Cell Phone – Scott's Verizon | 100.00 |
| Cell Phone – Verizon – maint. | 90.00 |
| CPA/s (CliftonLarsonAllen) | 2,500.00 |
| COMCAST | 1,000.00 |
| Contractor – Johnson Controls | 500.00 |
| Contractor – Mummert Carpet | 2,000.00 |
| Contractor - Orkin | 400.00 |
| Contractor – Penn Elevator | 3,400.00 |
| Consultant - URA | 350.00 |
| Electricity (Constellation) | 25,000.00 |
| Electricity (PPL) | 2,500.00 |
| UGI | 150.00 |
| Harrisburg City - Trash | 110.00 |
| Insurance – Eastern Alliance | 1,000.00 |
| Meals, gifts, etc. for staff | 100.00 |
| Daley/Morris Monthly Draw | 10,000.00 |
| UPMC | 4,000.00 |
| Advance Auto Parts | 50.00 |
| Americhem – jan. supplies | 1,500.00 |
| Bulbs.com | 50.00 |
| Crystal Springs (bottled water) | 550.00 |
| Duty's Lock, Safe and Security | 50.00 |
| Fager | 100.00 |
| Gas/Oil/vehicle maintenance | 750.00 |
| Lowes | 1,000.00 |
| Maintenance Supplies | 200.00 |
| Office Supplies/Services | 75.00 |

| | |
|---|---:|
| Peifer's Fire Inspection | 500.00 |
| Post Office – stamps & box | 25.00 |
| Sams Club – BJ's | 300.00 |
| Sherwin-Williams | 200.00 |
| Stines's Equipment | 250.00 |
| Staff Payroll | 23,000.00 |
| Tractor Supply | 50.00 |
| Total | 85,350.00 |

Series "A" MORTGAGE PAYMENTS

| Mortgages | March 2022 |
|---|---:|
| Fulton No. 0001 (Initial $4,400,000) | 14,008.97 |
| Fulton No. 9001 (HACC/SEC $5,000,000) | 13,879.17 |
| Fulton No. 9002 (HACC/SEC $1,250,000) | 4,308.19 |
| Fulton No. 9005 (Gaming) | 3,474.12 |
| Fulton No. 9008 (DDAP ($995,000) | 11,276.26 |
| Pinnacle Health Sys. (Int. on $1,100,000) | 2,750.00 |
| Total Mortgage Payments | 49,696.71 |

Non-recurring Expenses

| | |
|---|---:|
| Tax (Payment 1 of 3) | $56,000.00 |

CASH FLOW

| | |
|---|---:|
| Penn Center Cash Flow | $1,336.22 |