IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
|   PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

    Notice is hereby given that the Debtor, Penn Center Harrisburg, L.P., has filed a Motion for Approval for Debtor to Utilize Cash Collateral. The Debtor has requested that the Court enter an Order permitting the use of cash collateral on an interim basis. Thereafter, the Debtor has requested a final hearing as soon after fourteen (14) days after the date set forth below as is possible.

    The Cash Collateral Motion sets forth that, to the extent Fulton Bank ("Fulton") and UPMC Pinnacle Hospitals f/k/a Pinnacle Health Hospitals ("UPMC") may have liens on Cash Collateral, Fulton and UPMC are to be granted replacement liens in post-Petition Cash Collateral. In the event it is determined that Fulton and UPMC have liens in Cash Collateral, and there is insufficient value in the post-Petition Cash Collateral, such that there is a diminution in the value of Cash Collateral as same exists on the Petition Date, Fulton and UPMC shall have a administrative claims having priority over all administrative claims except for fees owed to professionals in this case and to the Office of the United States for any such diminution. If the Debtor is not permitted to utilize cash collateral, the Debtor may not be able to operate and such may lower the amount received by creditors.

    A Hearing will be held on the Motion on **December 12, 2023 at 1:00 p.m.** in the United States Bankruptcy Court, 4th Floor, Courtroom 8, 1501 North 6th Street, Harrisburg, Pennsylvania. If no objections are timely filed with the Clerk of the Bankruptcy Court at the address listed below to the Motion on or before December 11, 2023, the Court may enter an Order approving the use of cash collateral without a Hearing. Any Objection must conform to the Rules of Bankruptcy Procedure. Any objecting party must appear at the Hearing set forth above.

                                          **CLERK, U.S. BANKRUPTCY COURT**
                                          **THE SYLVIA H. RAMBO U.S. COURTHOUSE**
                                          **1501 NORTH 6TH STREET**
                                          **HARRISBURG, PA 17102**

Date: December 7, 2023