# EXHIBIT A

# UTILITY ACCOUNTS
## PENN CENTER HARRISBURG, L.P.

| Name | Account Nos. | Mailing Address |
|---|---|---|
| PPL | 87016-84002 | 2 North 9th Street<br>Allentown, PA 18101 |
| Constellation | 7294478-1 | P.O. Box 4640<br>Carol Stream, IL 60197 |
| UGI | 42100368801 | P.O. Box 13009<br>Reading, PA 19612 |
| Capital Region Water | 15900054-0 | 3003 North Front Street<br>Harrisburg, PA 17110 |