IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No. 23-bk-02771-HWV |
|---|---|---|
| PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that the Debtor, Penn Center Harrisburg, L.P., has filed a Motion for Entry of Interim and Final Order Providing for Adequate Assurance of Payment for Future Utility Services.

Unless objections to the Motion are filed by the hearing date scheduled on **December 12, 2023 at 1:00 p.m.** the Court may grant the relief requested in the Motion without further hearing. Any party who objects to the Motion must file an objection which conforms to the Rules of Bankruptcy Procedure, and attend any hearing the Court may schedule on the matter. A complete copy of the Motion may be viewed at the Clerk's office at the address set forth below or on the Court's ECF site.

**CLERK, U.S. BANKRUPTCY COURT
THE SYLVIA H. RAMBO U.S. COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102**

Date: December 7, 2023