IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
| PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |

## ORDER

The Motion of the Debtor, Penn Center Harrisburg, L.P. ("Debtor") for Approval to Pay Pre-Petition Payroll having come before the Court, and the Court having determined that it is in the best interests of the Debtor that the Debtor be allowed to pay its pre-Petition payroll; it is

**HEREBY ORDERED that:**

1. The Motion is approved. All capitalized terms not defined herein shall have the same definition as in the Motion.

2. The Debtor is permitted to pay its payroll due on December 15, 2023, and any other payrolls, notwithstanding the inclusion of a pre-Petition period of time in such payroll. All such payments shall not exceed and shall be subject to the maximum amount set forth in Section 507(a)(4) of the Bankruptcy Code.