# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Penn Center Harrisburg, LP,　　　　　　　　　　Chapter　　　11

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　　Case No.　　　1:23–bk–02771–HWV

## Notice

Pursuant to Bankruptcy Rules 1007 and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above–referenced petition.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- Name and Addresses of Equity Security Holders of Debtor.
- 206Sum – Summary of Assets and Liabilities for Non–Individuals.
- 202 – Declaration Under Penalty of Perjury for Non–Individual Debtors.
- 201A – Attachment to Voluntary Petition for Non–Individuals Filing for Bankruptcy Under Chapter 11.
- 206A/B – Schedule A/B: Assets – Real and Personal Property.
- 206D – Schedule D: Creditors Who Have Claims Secured by Property.
- 206E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 206G – Schedule G: Executory Contracts and Unexpired Leases.
- 206H – Schedule H: Codebtors.
- 207 – Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy.
- 2030 – Disclosure of Compensation of Attorney for Debtor.

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 8, 2023 |

ntdeffil (Notice of Deficient Filing) (10/23)