# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 12/8/2023 |
| Case: 1:23–bk–02771–HWV | Form ID: ntdeffil | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Robert E Chernicoff     rec@cclawpc.com

                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Penn Center Harrisburg, LP     600 North Second Street     Suite 500     P.O. Box 5810     Harrisburg, PA 17110

                                      TOTAL: 1