IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| PENN CENTER HARRISBURG, LP | : | CASE NO. 1:23-bk-02771-HWV |
| | : | |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

          Respectfully submitted,

          ANDREW R. VARA
          UNITED STATES TRUSTEE
          REGIONS 3 & 9

          D. Troy Sellars
          Assistant United States Trustee

          By:/s/ Joseph P. Schalk
          Joseph P. Schalk, Esq., Trial Attorney
          PA Attorney ID No. 91656
          United States Department of Justice
          Office of the United States Trustee
          Middle District of Pennsylvania
          Sylvia H. Rambo U.S. Courthouse
          1501 North 6th Street, Box 302
          Harrisburg, PA 17102
          Tel. (717) 221-4515
          Fax (717) 221-4554
          Email: Joseph.Schalk@usdoj.gov

Dated: December 8, 2023