# Notice Recipients

District/Off: 0314−1                    User: AutoDocketer                Date Created: 1/3/2024
Case: 1:23−bk−02771−HWV          Form ID: pdf009                  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg          Securities and Exchange Commission        3 World Financial Center        New York, NY 10281

                                                                                              TOTAL: 1