IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
| PENN CENTER HARRISBURG, L.P. | : | |
| Debtor | : | Chapter 11 |
| | : | |
| | | |
| PENN CENTER HARRISBURG, L.P. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| FULTON BANK, UPMC, CITY OF | : | |
| HARRISBURG, DAUPHIN COUNTY | : | |
| TAX CLAIM BUREAU, | : | |
| HARRISBURG CITY SCHOOL | : | |
| DISTRICT | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Motion of Penn Center Harrisburg, L.P. for an Expedited

Hearing regarding the Motion to Set Sale Procedures and to Approve Sale of Real Property,

Personal Property and Vehicles, Free and Clear of All Liens, Claims, Encumbrances and

Other Interests, it is

**HEREBY ORDERED** that a hearing on the Motion to Set Sale Procedures and to

Approve Sale of Real Property, Personal Property and Vehicles Free and Clear of All

Liens, Claims, Encumbrances and Other Interests is scheduled for February 6, 2024, at

10:00 a.m., to be held in the United States Bankruptcy Court, 4th Floor, Courtroom 4B,

1501 North 6th Street, Harrisburg, Pennsylvania.