IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-bk-02771-HWV |
|   PENN CENTER HARRISBURG, L.P. | : | |
|        Debtor | : | Chapter 11 |
| | : | |
| PENN CENTER HARRISBURG, L.P. | : | |
|        Movant | : | |
| | : | |
|        v. | : | |
| | : | |
| FULTON BANK, UPMC, CITY OF HARRISBURG, DAUPHIN COUNTY TAX CLAIM BUREAU, HARRISBURG CITY SCHOOL DISTRICT | : | |
|        Respondents | : | |

## CERTIFICATE OF SERVICE

    I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on February 1, 2024, a true and correct copy of the attached **MOTION FOR EXPEDITED HEARING REGARDING MOTION TO SET SALE PROCEDURES AND TO APPROVE SALE OF REAL PROPERTY, PERSONAL PROPERTY AND VEHICLES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS** was served via electronic means through the Court's ECF filing system and/or by first- class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
Office of the United States Trustee
1501 North 6th Street
Box 302
Harrisburg, PA 17102

Assistant United States Attorney
1501 North 6th Street
Harrisburg, PA 17102

Bureau of Employer Tax Operations
Labor & Industry Building
651 Boas Street, Room 702
Harrisburg, PA 17106

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120

PA Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

Security & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

United States Attorney
The Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Kimly Vu Gianoutsos, Esquire
UPMC Corporate Services
U.S. Steel Tower
600 Grant Street, Suite 57132
Pittsburgh, PA 15219

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

City of Harrisburg
10 North Second Street
Harrisburg, PA 17101

Dauphin County Tax Claim Bureau
2 South Second Street, #1
Harrisburg, PA 17101

Harrisburg Area School District
1601 State Street
Harrisburg, PA 17103

          s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire