IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| PENN CENTER HARRISBURG, LP | : | |
| | : | CASE NO. 1:23-bk-02771 HWV |
| DEBTOR | : | |
| | : | |

## CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7

Please withdraw the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 filed on June 28, 2024, at Docket Entry Number 134. **Debtor's counsel concurs in the withdrawal of the Motion.**

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE

        D. Troy Sellars
        Assistant United States Trustee

        By: /s/ Joseph P. Schalk
        Joseph P. Schalk, Esq.
        PA ID 91656
        Office of the United States Trustee
        1501 N. 6th Street, Box 302
        Harrisburg, PA 17102
        Tel.: (717) 221-4515/ Fax: (717) 221-4554
        Email: Joseph.Schalk@usdoj.gov

Dated: July 15, 2024