IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PENN CENTER HARRISBURG, LP

Debtor 1

| | |
|---|---|
| Chapter: | 11 |
| Case No.: | 1:23-bk-02771-HWV |
| Document No.: | 145 |
| Nature of Proceeding: | Motion of the U.S. Trustee for Entry of an Order Converting the Matter to a Proceeding under Chapter 7 |

## ORDER

Upon consideration of the Motion to Convert Case to Chapter 7 filed by the United States Trustee, Doc. 134, and it appearing that the United States Trustee wishes to withdraw this Motion, Doc. 145, it is

**ORDERED** that the Withdrawal is **APPROVED**.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 16, 2024